IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00135-RPM

MICHELLE SHOCKLEY,

    Plaintiff,

v.

inVentiv HEALTH, INC.,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to Plaintiff's Motion to Dismiss with Prejudice [3], filed on August 26, 2010, it is

ORDERED that this Court's Order to Show Cause issued on August 25, 2010, is discharged and it is

FURTHER ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

DATED: August 26th, 2010

                BY THE COURT :

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge